United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SAR GEREL SARUNOVA,<br>“Petitioner,”<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities,*<br>“Respondents.” | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-01106 |

**ORDER**

Before the Court is Petitioner’s “Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief” (Dkt. No. 1) (“Petition”) and Petitioner’s “Motion for Temporary Restraining Order” (Dkt. No. 2) (“MTRO”). To expedite the Court’s review, Respondents are **ORDERED** to submit a response to the Petition and MTRO **on or before November 4, 2026.**

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the MTRO (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this October 15, 2026

Rolando Olvera
United States District Judge