United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAR GEREL SARUNOVA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01106 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Petitioner's "Motion for Temporary Restraining Order" (Dkt. No. 2) ("TRO"), and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 9) ("MSJ").

Petitioner is a Russian national who entered the United States without admission on or about September 2021. Dkt. No. 1 at 2. Petitioner was thereafter detained and later released on humanitarian parole. Dkt. No. 1 at 2. On September 23, 2026, ICE re-arrested Petitioner (Dkt. No. 1 at 2), and her parole was terminated on October 9, 2026. Dkt. No. 9 at 3. Petitioner is currently detained at the El Valle Detention Facility in Raymondville, Texas. Dkt. No. 1 at 33.

The Court finds that 8 U.S.C. § 1225(b)(2)(A) authorizes Petitioner's detention, *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498-500 (5th Cir. 2026), and any constitutional claims contesting detention without a bond hearing or individualized custody determination are foreclosed by the Fifth Circuit's decision in *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

For these reasons, Petitioner's Petition (Dkt. No. 1) is **DENIED** as premature. As such, Petitioner's TRO (Dkt. No. 2) and Respondents' MSJ are **DENIED** as moot. The Clerk of Court is **ORDERED** to close this case.

SIGNED this November 17, 2026

Rolando Olvera
United States District Judge